**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAUL EWING LLP**<br>Elizabeth U. Witmer, Esq. (55808)<br>Sean T. O'Neill, Esq. (205595)<br>1200 Liberty Ridge Drive, Suite 200<br>Wayne, PA 19087-5569 | *Attorneys for Plaintiff Transcontinental Gas Pipe Line Company, LLC* |

TRANSCONTINENTAL GAS PIPE LINE
COMPANY, LLC
2800 POST OAK BOULEVARD
HOUSTON, TEXAS 77251-1396,
                        Plaintiff,

      v.

PERMANENT EASEMENT FOR 1.02
ACRES AND TEMPORARY EASEMENTS
FOR 1.65 ACRES IN WEST HEMPFIELD
TOWNSHIP, LANCASTER COUNTY,
PENNSYLVANIA, TAX PARCEL
NUMBER 3000462100000, ADORERS OF
THE BLOOD OF CHRIST, ET AL.,

                       Defendants.

CIVIL ACTION – LAW

Docket No. 5:17-cv-01725-JLS

**ORDER**

AND NOW, this ___7th___ day of ___July___, 2017, upon consideration of Plaintiff's Motion for Partial Summary Judgment and the documents and arguments submitted in reference thereto, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Transcontinental Gas Pipe Line Company, LLC has the substantive right to condemn:

    (a)    A permanent right of way and easement of 1.02 acres, as described as "Area of Proposed CPLS R/W" in Exhibit A to the Verified Complaint, for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment, and launchers and receivers) for the transportation of natural gas, or its byproducts, and other

    substances as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017), and conducting all other activities as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Further, the landowner shall not build any permanent structures on said permanent right of way or any part thereof, will not change the grade of said permanent right of way, or any part thereof, will not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Transco's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Transco's lawful exercise of any of the rights herein granted without first having obtained Transco's approval in writing; and the landowner will not permit others to do any of said acts without first having obtained Transco's approval in writing. Transco shall have the right from time to time at no additional cost to landowners to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto; and

(b) Temporary easements of 1.65 acres, as described as "Area of Proposed Temporary Work Space #1" and "Area of Proposed Temporary Work Space #2" in Exhibit A to the Verified Complaint, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all other activities approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017).

BY THE COURT

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, U.S.D.J.

2

797344.2 05/15/2017