# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC 2800 POST OAK BOULEVARD HOUSTON, TEXAS  77251-1396,                      Plaintiff, <br> v. <br> <br> PERMANENT EASEMENT FOR 1.02 ACRES AND TEMPORARY EASEMENTS FOR 1.65 ACRES IN WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 3000462100000, ADORERS OF THE BLOOD OF CHRIST, ET AL., <br> <br>               Defendants. | CIVIL ACTION – LAW <br><br> Docket No. 5:17-cv-01725-JLS |

## STIPULATION AND ORDER FOR BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff Transcontinental Gas Pipe Line Company, LLC ("Transco") and Defendant Adorers of the Blood of Christ ("Adorers") that the parties shall follow the following briefing schedule regarding a motion by the Adorers on whether damages for violations of religious rights can be recovered in the above-captioned condemnation action:

- November 18, 2019 – Deadline for Adorers to file motion and brief regarding whether damages for violations of religious rights are compensable;

- December 30, 2019 – Deadline for Transco to file brief in opposition to the motion; and

- January 20, 2020 – Deadline for Adorers to file reply brief in further support of the motion.

-2-

Therefore, the parties respectfully request that the Court enter this Stipulation as an Order.

By: s/ Elizabeth U. Witmer
    Elizabeth U. Witmer, Esq.
    Saul Ewing LLP
    1200 Liberty Ridge Drive,
    Suite 200
    Wayne, Pa. 19087
    610-251-5062

    Attorneys for Plaintiff Transcontinental
    Gas Pipe Line Company, LLC

By: s/ J. Dwight Yoder (with permission)
    J. Dwight Yoder, Esq.
    Gibbel Kraybill & Hess LLP
    2933 Lititz Pike,
    P.O. Box 5349
    Lancaster, PA  17606
    717-291-1700

    Attorneys for Defendant Adorers of the
    Blood of Christ


BY THE COURT:


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, U.S.D.J.

Dated: Oct. 24, 2019