IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRANSCONTINENTAL GAS PIPE LINE
COMPANY, LLC,

              Plaintiff,

    v.

PERMANENT EASEMENT FOR 1.02 ACRES
AND TEMPORARY EASEMENTS FOR 1.65
ACRES IN WEST HEMPFIELD TOWNSHIP,
LANCASTER COUNTY, PENNSYLVANIA,
TAX PARCEL NUMBER 3000462100000, et al,

           Defendants.

CIVIL ACTION
NO. 17-1725

---

## ORDER

**AND NOW**, this 25th day of June, 2020, upon consideration of Landowners' Claim for Compensation and to Present Evidence of Damages for Plaintiff's Alleged Violation of the Religious Freedom Restoration Act (Docket No. 42), Plaintiff's opposition thereto and Landowners' reply, it is hereby **ORDERED** as follows:

1. The Landowners' Claim for Compensation is **DENIED**;

2. Landowners' claim for damages arising under the Religious Freedom Restoration Act is **DISMISSED** with prejudice; and

3. Landowners shall not offer evidence relating to their alleged RFRA damages at the compensation trial in this matter.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.