**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| PERMANENT EASEMENT FOR 1.02 ACRES AND TEMPORARY EASEMENTS FOR 1.65 ACRES IN WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, PA, TAX PARCEL NUMBER 3000462100000, ADORERS OF THE BLOOD OF CHRIST, ET AL., | : | CIVIL ACTION – LAW |
| | : | |
| | : | Docket No. 5:17-CV-01725-JLS |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW,** this __27th__ day of ____January____, 2021, upon consideration of Plaintiff Transcontinental Gas Pipe Line Company, LLC's ("Transco") Motion for Summary Judgment as to Just Compensation Due to Defendant Landowner, and the arguments submitted in reference thereto, it is hereby **ORDERED** that Transco's Motion is **GRANTED**.

Summary judgment is hereby entered in favor of Defendant Adorers of the Blood of Christ ("Adorers"[1]) as to the just compensation due to the Adorers for Transco's condemnation of the rights of way described in Transco's Motion in the amount of $167,830.27. This sum reflects: (1) the difference between the fair market value of the Adorers' Property before and after Transco's

---

[1]     Defendant's full legal name, as reflected in the caption, is: Adorers of the Blood of Christ, United States Province, n/k/a Adorers of the Blood of Christ, United States Region, Successor by Merger to Adorers of the Blood of Christ, Province of Columbia, PA, Inc., f/k/a Saint Joseph Convent Motherhouse of the Adorers of the Blood of Christ, Columbia, Pennsylvania, Inc., also f/k/a Saint Joseph's Convent, Mother House of Sister Adorers of the Most Precious Blood, Columbia, PA, a/k/a Sisters Adorers of the Most Precious Blood, St. Joseph Convent, Columbia, PA.

taking ($137,000.00); (2) prejudgment interest from August 30, 2017 through January 19, 2021 ($26,830.27); and (3) certain professional fees ($4,000.00).

BY THE COURT:

/s/ Jeffrey L. Schmehl
The Honorable Jeffrey L. Schmehl, U.S.D.J.