IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, <br><br> Plaintiff, <br> V. <br><br> PERMANENT EASEMENT FOR 1.02 ACRES AND TEMPORARY EASEMENTS FOR 1.65 ACRES IN WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, PA, TAX PARCEL NUMBER 3000462100000, ADORERS OF THE BLOOD OF CHRIST, ET AL., <br><br> Defendants. | CIVIL ACTION – LAW <br><br> Docket No. 5:17-CV-01725-JLS |

## O R D E R

AND NOW, this  12th  day of  February , 2021, with a judgment for just compensation having been entered in favor of Defendant Adorers of the Blood of Christ ("Landowner"), and Plaintiff Transcontinental Gas Pipe Line Company, LLC ("Transco") having transmitted payment of the just compensation amount to Landowner, the judgment that was entered in favor of Landowner shall be marked **SATISFIED**.

**IT IS FURTHER ORDERED** that Transco is hereby granted title to the permanent Rights of Way that were condemned in this action, which are more fully described as follows:

> A permanent right of way and easement of 0.87 acres, as described as "Area of Proposed CPLS R/W" in Exhibit A hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment, and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017), and conducting all other activities as approved by the Order of the Federal Energy Regulatory Commission dated February 3,

2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Further, the landowner shall not build any permanent structures on said permanent right of way or any part thereof, will not change the grade of said permanent right of way, or any part thereof, will not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Transco's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Transco's lawful exercise of any of the rights herein granted without first having obtained Transco's approval in writing; and the landowner will not permit others to do any of said acts without first having obtained Transco's approval in writing. Transco shall have the right from time to time at no additional cost to landowners to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

**IT IS FURTHER ORDERED** that the Bond that Transco posted (Dkt. No. 33) as required by the Court's August 23, 2017 Order can be released. The Clerk of Court is directed to return the Bond to counsel for Transco c/o Elizabeth U. Witmer, Esq., Saul Ewing Arnstein & Lehr LLP, 1200 Liberty Ridge Drive, Suite 200, Wayne, PA 19087.

Transco having been granted title to the permanent easement included in the Rights of Way that were condemned in this action, and the temporary easements having expired, the Court's August 23, 2017 Order, which granted Transco possession of, and access to, the Rights of Way upon the posting of the above-referenced Bond, is hereby **VACATED**.

Transco shall record this Order in the Office of the Recorder of Deeds for Lancaster County, Pennsylvania.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl
United States District Judge

37859008.3

# EXHIBIT A





### CONNECTION COURSES

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L1 | N67°23'04"E | 64.51' |
| L17 | N67°23'04"E | 1142.99' |
| L18 | S07°54'35"E | 37.86' |
| L19 | S82°20'09"W | 61.05' |

### AREA OF PROPOSED TEMPORARY WORK SPACE #1

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L2 | N67°23'04"E | 10.34' |
| L3 | S07°54'35"E | 753.34' |
| L4 | S84°02'30"W | 10.01' |
| L5 | N07°54'35"W | 750.37' |

### AREA OF PROPOSED CPLS R/W

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L6 | N67°23'04"E | 51.69' |
| L7 | S07°54'35"E | 768.16' |
| L8 | S84°02'30"W | 50.03' |
| L9 | N07°54'35"W | 753.34' |

### AREA OF PROPOSED TEMPORARY WORK SPACE #2

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L10 | N67°23'04"E | 67.20' |
| L11 | S07°54'35"E | 604.81' |
| L12 | S52°54'35"E | 35.36' |
| L13 | S07°54'35"E | 158.48' |
| L14 | S84°02'30"W | 90.05' |
| L15 | N07°54'35"W | 768.16' |

### LENGTH OF SURVEY LINE FOR PROPOSED RIGHT OF WAY

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L16 | N07°54'35"W | 760.75' |

### NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF SURVEY LINE FOR PROPOSED RIGHT OF WAY . . . . 760.75 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . . 0.87 ACRE
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . . 1.43 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . . . .
   POINT OF INTERSECTION . . . . . . . . . . . . . . . . .

3. THE INFORMATION SHOWN ON THIS DRAWING IS FROM A FIELD SURVEY PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC AND REPRESENTS THE CONDITIONS AS THEY EXIST ON THE GROUND AS OF THIS DATE 12-15-14.

4. ROADS

   WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER THAN INTERSTATE HIGHWAYS.

---

CHRIS H. ROBERTS — REGISTERED PROFESSIONAL LAND SURVEYOR No. SU075384 — COMMONWEALTH OF PENNSYLVANIA

FERC 5

**Williams**

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE CROSSING THE PROPERTY OF
SISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST JOSEPH CONVENT, COLUMBIA PA
WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, STATE OF PENNSYLVANIA

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 0 | 12/17/15 | BB | ISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 1 | 05/31/16 | TN | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 2 | 11/29/16 | SN | REISSUED FOR R.O.W. | 1161503 | CJW | MJH |
| 3 | 04/18/17 | LU | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |

DRAWN BY: MA  DATE: 07/06/15
CHECKED BY: ELR  DATE: 08/05/15
APPROVED BY: MJH  DATE: 08/05/15
WO: 1161503

SCALE: N/A   ISSUED FOR BID:
ISSUED FOR CONSTRUCTION:   REVISION: 3
DRAWING NUMBER: 24-1600-70-77-A/PA-LA-245.000
SHEET 3 OF 3

**SISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST JOSEPH CONVENT, COLUMBIA PA**
**PA-LA-245.000**

ALL THAT TRACT OR PARCEL OF LAND LYING OR BEING IN WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

**PROPOSED CPLS RIGHT-OF-WAY –** COMMENCE FROM A CONCRETE MONUMENT FOUND AT THE NORTHWESTERLY PROPERTY CORNER OF THE GRANTOR HAVING A PENNSYLVANIA STATE PLANE COORDINATE OF (N: 257355.40', E: 2329830.63', NAD 83, SOUTH ZONE), AND ALONG THE NORTHERLY PROPERTY LINE OF THE GRANTOR NORTH 67 DEGREES 23 MINUTES 04 SECONDS EAST A DISTANCE OF 74.85 FEET TO A POINT; SAID POINT BEING THE **POINT OF BEGINNING**; THENCE FROM THE POINT OF BEGINNING AS THUS ESTABLISHED AND CONTINUING ALONG THE SAID NORTHERLY PROPERTY LINE OF THE GRANTOR NORTH 67 DEGREES 23 MINUTES 04 SECONDS EAST A DISTANCE OF 51.69 FEET TO A POINT; THENCE DEPARTING THE SAID NORTHERLY PROPERTY LINE OF THE GRANTOR SOUTH 07 DEGREES 54 MINUTES 35 SECONDS EAST A DISTANCE OF 768.16 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 (HAVING AN APPARENT 60 FOOT WIDE RIGHT-OF-WAY); THENCE ALONG THE SAID NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 SOUTH 84 DEGREES 02 MINUTES 30 SECONDS WEST A DISTANCE OF 50.03 FEET TO A POINT; THENCE DEPARTING THE SAID NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 NORTH 07 DEGREES 54 MINUTES 35 SECONDS WEST A DISTANCE OF 753.34 FEET TO THE **POINT OF BEGINNING**.

SAID TRACT OR PARCEL OF LAND CONTAINS 0.87 ACRES (BEING 38,037 SQUARE FEET) AS SHOWN ON DRAWING NUMBER: 24-1600-70-77-A/PA-LA-245.000.

**PROPOSED TEMPORARY WORK SPACE #1 -** COMMENCE FROM A CONCRETE MONUMENT FOUND AT THE NORTHWESTERLY PROPERTY CORNER OF THE GRANTOR HAVING A PENNSYLVANIA STATE PLANE COORDINATE OF (N: 257355.40', E: 2329830.63', NAD 83, SOUTH ZONE), AND ALONG THE NORTHERLY PROPERTY LINE OF THE GRANTOR NORTH 67 DEGREES 23 MINUTES 04 SECONDS EAST A DISTANCE OF 64.51 FEET TO A POINT; SAID POINT BEING THE **POINT OF BEGINNING**; THENCE FROM THE POINT OF BEGINNING AS THUS ESTABLISHED AND CONTINUING ALONG THE SAID NORTHERLY PROPERTY LINE OF THE GRANTOR NORTH 67 DEGREES 23 MINUTES 04 SECONDS EAST A DISTANCE OF 10.34 FEET TO A POINT; THENCE DEPARTING THE SAID NORTHERLY PROPERTY LINE OF THE GRANTOR SOUTH 07 DEGREES 54 MINUTES 35 SECONDS EAST A DISTANCE OF 753.34 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 (HAVING AN APPARENT 60 FOOT WIDE RIGHT-OF-WAY); THENCE ALONG THE SAID NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 SOUTH 84 DEGREES 02 MINUTES 30 SECONDS WEST A DISTANCE OF 10.01 FEET TO A POINT; THENCE DEPARTING THE SAID NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 NORTH 07 DEGREES 54 MINUTES 35 SECONDS WEST A DISTANCE OF 750.37 FEET TO THE **POINT OF BEGINNING**.

SAID TRACT OR PARCEL OF LAND CONTAINS 0.17 ACRES (BEING 7,521 SQUARE FEET) AS SHOWN ON DRAWING NUMBER: 24-1600-70-77-A/PA-LA-245.000.

**PROPOSED TEMPORARY WORK SPACE #2 -** COMMENCE FROM A CONCRETE MONUMENT FOUND AT THE NORTHWESTERLY PROPERTY CORNER OF THE GRANTOR HAVING A PENNSYLVANIA STATE PLANE COORDINATE OF (N: 257355.40', E: 2329830.63', NAD 83, SOUTH ZONE), AND ALONG THE NORTHERLY PROPERTY LINE OF THE GRANTOR NORTH 67 DEGREES 23 MINUTES 04 SECONDS EAST A DISTANCE OF 126.54 FEET TO A POINT; SAID POINT BEING THE **POINT OF BEGINNING**; THENCE FROM THE POINT OF BEGINNING AS THUS ESTABLISHED AND CONTINUING ALONG THE SAID NORTHERLY PROPERTY LINE OF THE GRANTOR NORTH 67 DEGREES 23 MINUTES 04 SECONDS EAST A DISTANCE OF 67.20 FEET TO A POINT; THENCE DEPARTING THE SAID NORTHERLY PROPERTY LINE OF THE GRANTOR SOUTH 07 DEGREES 54 MINUTES 35 SECONDS EAST A DISTANCE OF 604.81 FEET TO A POINT; THENCE SOUTH 52 DEGREES 54 MINUTES 35 SECONDS EAST A DISTANCE OF 35.36 FEET TO A POINT; THENCE SOUTH 07 DEGREES 54 MINUTES 35 SECONDS EAST A DISTANCE OF 158.48 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 (HAVING AN APPARENT 60 FOOT WIDE RIGHT-OF-WAY); THENCE ALONG THE SAID NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 SOUTH 84 DEGREES 02 MINUTES 30 SECONDS WEST A DISTANCE OF 90.05 FEET TO A POINT; THENCE DEPARTING THE SAID NORTHERLY RIGHT-OF-WAY LINE OF LOCUST GROVE ROAD T601 NORTH 07 DEGREES 54 MINUTES 35 SECONDS WEST A DISTANCE OF 768.16 FEET TO THE **POINT OF BEGINNING**.

SAID TRACT OR PARCEL OF LAND CONTAINS 1.26 ACRES (BEING 54,819 SQUARE FEET) AS SHOWN ON DRAWING NUMBER: 24-1600-70-77-A/PA-LA-245.000.